United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL P.-H.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-245 |
| WARDEN, EL VALLE DETENTION FACILITY, *et al.*,[2]<br>Respondents. | §<br>§<br>§<br>§ | |

**ORDER REQUIRING STATUS REPORT**

The Court **ORDERS** Petitioner to file a status report concerning the status of his immigration proceedings, including whether his appeal with the BIA is still pending, by **no later than October 9, 2026.**

Signed on September 25, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] Petitioner originally sought relief against Kristi Noem in her official capacity as Secretary of the Department of Homeland Security and Pamela Bondi in her official capacity as Attorney General of the United States. Dkt. No. 1 at 1. Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin and Todd Blanch are substituted as the proper Respondents.